```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )
                              )         4:06CR3007
         v.                   )
                              )
JOHN R. COONS,                )
                              )           ORDER
              Defendant.      )
                              )
```

IT IS ORDERED:

Defendant's motion for time, filing 10, is granted and the deadline for filing pretrial motions is extended to April 6, 2006.

DATED this 16th day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge