IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>             Plaintiff,      )<br>                             )     4:06CR3007<br>        v.                   )<br>                             )<br> JOHN R. COONS,              )<br>                             )     ORDER<br>             Defendant.      )<br>                             ) | |

IT IS ORDERED:

Defendant's unopposed motion to continue trial, filing 13, is granted, and

1. Trial of this matter is continued to 9:00 a.m., May 22, 2006, for a duration of three days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between April 3, 2006 and May 22, 2006 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.
18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 3rd day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge