IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3007 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOHN R. COONS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's objection to tentative findings and request for evidentiary hearing (filing 27) will be considered at an evidentiary hearing on Tuesday, September 12, 2006, at 1:00 p.m. for a period of one hour.

(2) If it is true, the government should be prepared to prove the following statements contained at paragraphs 9 and 10 of the presentence report:

> Coons said that at one point, prior to [the] officers' arrival, he was scared enough that he got out his 9mm handgun and thought about using it to protect himself. . . .
>
> He again stated that he had considered using them to protect himself and that he had gotten one of the guns out earlier but then put it back.

September 6, 2006.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge