IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3007 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOHN R. COONS, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has filed a motion for release of seized property (filing 39). The assistant for defense counsel has represented that counsel is informally resolving this issue. I have been patient as a result. However, we need to move this matter along. Therefore,

IT IS ORDERED that the motion for release of seized property will be denied on Monday, February 25, 2008, unless counsel for the defendant arranges a telephone conference between himself, the prosecutor and the undersigned before that date. Counsel may contact my judicial assistant to arrange the conference.

January 10, 2008.                    BY THE COURT:

                                     s/ *Richard G. Kopf*
                                     United States District Judge