IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3007 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JOHN R. COONS, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to dismiss (filing 41) the defendant's motion for release of seized property (filing 39) is granted.

January 31, 2008.        BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge